Submitted April 24, 2020, affirmed February 10, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

NICKOLAS JOHN KAISERSHOT,
*Defendant-Appellant.*

Douglas County Circuit Court
18CR09727, 18CR44960;
A168606 (Control), A168607

481 P3d 408

William A. Marshall, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kyle Krohn, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher Page, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

In one of these consolidated cases, defendant was convicted by jury of assaulting a public safety officer, second-degree escape, resisting arrest, and driving while suspended. The jury was instructed that it need not reach unanimous verdicts, but was not polled. In the other consolidated case, defendant pleaded no contest to first-degree failure to appear. He makes no argument on appeal concerning the failure to appear case. As for the case tried to a jury, he raises several issues with respect to the trial and the judgment, including an argument that the trial court plainly erred in instructing the jury that it need not reach unanimous verdicts. We reject without discussion all of defendant's arguments concerning the trial and the judgment except his argument that the court plainly erred in instructing the jury that it need not reach unanimous verdicts. Defendant contends that because of the erroneous jury instruction, all verdicts must be reversed in light of *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020). We reject that argument for the reasons set forth in *State v. Flores Ramos*, 367 Or 292, 478 P3d 515 (2020), and *State v. Dilallo*, 367 Or 340, 478 P3d 509 (2020).

Affirmed.